ILLINOIS WATCH COMPANY et al., Respondents, *v.* MAY L. PAYNE et al., Impleaded, etc., Appellants.

(Argued March 23, 1892; decided April 19, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made November 21, 1890, which modified, and affirmed as modified, a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*L. Laflin Kellogg* for appellants.

*Franklin Bien* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

THE STATE OF NEW YORK NATIONAL BANK, Appellant, *v.* SAMUEL D. COYKENDALL, Respondent.

(Argued March 24, 1892; decided April 19, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made November 26, 1890, which affirmed a judgment in favor of defendant entered upon a verdict and affirmed an order denying a motion for a new trial.

*F. L. Westbrook* for appellant.

*A. T. Clearwater* for respondent.

Agree to affirm ; no opinion.
All concur, except PARKER and LANDON, JJ., not sitting.
Judgment affirmed.